UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>NADINE WHITTINGHAM,    )<br>)<br>Defendant.             ) | Electronic Filing<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>S2 07 Cr. 582 (CM) |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                    Respectfully submitted,

                                                    MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                       By:   /s/   Thomas G. A. Brown
                                               Thomas G. A. Brown
                                               Assistant United States Attorney
                                               United States Attorney's Office
                                               One St. Andrew's Plaza
                                               New York, NY 10007
                                               Tel.: (212) 637-2194
                                               Fax: (212) 637-2429
                                               E-mail: thomas.ga.brown@usdoj.gov

CC:   Counsel of Record (via ECF)