LAW OFFICES OF
# Murray Richman
2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

OF COUNSEL:
Renée C. Hill, Esq.
Stacey G. Richman, Esq.
Gisele M. Kalonzo, Esq.
Jeffrey P. Chartier, Esq.
Brian T. Pakett, Esq.
Don K. Taylor - Paralegal

*MEMO ENDORSED*

July 21, 2008

7/22/08
Sentence adj to 8/3/08
at 11:00 am

[signature: Colleen McMahon]

Via Facsimile (212) 805-6326

Honorable Coleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Esmond Elcock*
S1 07 Cr.582 (CM)

Dear Judge McMahon:

I represent the defendant Esmond Elcock in the aforementioned matter. The defendant is scheduled to be sentenced before your Honor on Thursday, July 24, 2008 at 9:30 a.m.

I am presently actively engaged on a rape trial in the matter of *The People of the State of New York v. Miguel Martinez*, Supreme Court, Bronx County, before the Honorable Margaret Clancy.

Therefore, I am most respectfully requesting the above mentioned sentencing be adjourned for 2 to 3 weeks. I have communicated with AUSA Jenna M. Dabbs, who indicates no objection to this request.

We apologize for any inconvenience to the court. Thank you, as always, for your courtesy and consideration.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

Respectfully submitted,

MURRAY RICHMAN, ESQ.

MR/rs
cc: AUSA Jenna M. Dabbs
   via Facsimile # 212-637-2937