# ORDER TO SURRENDER
## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                                      S2 07 CR 582 (CM)

Esmond Elcock

To:

It is hereby ordered that _Esmond Elcock_ the defendant, having been sentenced in the above case to the custody of the Attorney General, it is hereby ordered the defendant to surrender to the Attorney General by reporting to the Correctional Institution to be designated by the Bureau of Prisons before 2PM on 12/1/08

_____          9/3/08
UNITED STATES DISTRICT JUDGE              DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____          _____
(Attorney/Witness)                        (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel,

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08
```